Deborah J. CARTER,
Employee/Respondent,

v.

TRANS WORLD AIRLINES, INC.,
Employer/Appellant.

No. WD 50662.

Missouri Court of Appeals,
Western District.

Dec. 12, 1995.

William F. Ringer, Kansas City, for appellant.

Daniel Robert Brown, Kansas City, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

TWA appeals an award of permanent and total disability to the employee. Affirmed. Rule 84.16(b).